Elise R. Sanguinetti, State Bar No. 191389
Alfredo Torrijos, State Bar No. 222458
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168
elise@aswtlawyers.com
alfredo@aswtlawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SARA GRANDA, an individual, JOSE GRANDA, an individual,<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM and DOES 1 - 10, inclusive,<br>Defendants. | **Case No.:** 2:21-CV-01256-MCE-KJN<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL EUGENE FELDMAN AND ORDER** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Eugene Feldman formerly of the law firm Arias Sanguinetti Wang & Torrijos, LLP, withdraws as counsel of record for Plaintiffs with respect to the above-captioned matter.

**NOTICE OF WITHDRAWAL OF COUNSEL EUGENE FELDMAN AND ORDER**

*ARIAS SANGUINETTI WANG & TORRIJOS LLP*

NOTICE IS FURTHER GIVEN that Elise Sanguinetti and Alfredo Torrijos of Arias Sanguinetti Wang & Torrijos, LLP, shall continue as counsel of record for Plaintiffs with respect to the above-captioned matter.

Dated: November 24, 2021                     /s/ Eugene Feldman

                                             Eugene Feldman

Dated: November 24, 2021

                                             /s/ Alfredo Torrijos

                                             Alfredo Torrijos
                                             *Attorneys for Plaintiffs*

//

**ORDER**

IT IS HEREBY ORDERED THAT the above withdrawal of counsel is approved.

Dated: _____        _____

                                             UNITED STATES DISTRICT COURT JUDGE

**NOTICE OF WITHDRAWAL OF COUNSEL EUGENE FELDMAN AND ORDER**

ARIAS SANGUINETTI WANG & TORRIJOS LLP