Elise R. Sanguinetti, State Bar No. 191389
Alfredo Torrijos, State Bar No. 222458
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile:  (310) 861-0168
elise@aswtlawyers.com
alfredo@aswtlawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SARA GRANDA, an individual, JOSE GRANDA, an individual,<br><br>　　　　Plaintiffs,<br>v.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM and DOES 1 - 10, inclusive,<br>　　　　Defendants. | **Case No.:** 2:21-cv-01256-MCE-KJN<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL EUGENE FELDMAN AND ORDER** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   NOTICE IS HEREBY GIVEN that Eugene Feldman formerly of the law firm Arias Sanguinetti Wang & Torrijos, LLP, withdraws as counsel of record for Plaintiffs with respect to the above-captioned matter.

NOTICE IS FURTHER GIVEN that Elise Sanguinetti and Alfredo Torrijos of Arias Sanguinetti Wang & Torrijos, LLP, shall continue as counsel of record for Plaintiffs with respect to the above-captioned matter.

Dated: November 24, 2021  /s/ Eugene Feldman

Eugene Feldman

Dated: November 24, 2021

/s/ Alfredo Torrijos

Alfredo Torrijos
*Attorneys for Plaintiffs*

## ORDER

Good cause appearing, the above withdrawal of counsel is hereby approved.

IT IS SO ORDERED.

Dated: December 13, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE