Jason Levin (SBN 161807)
*jason.levin@alston.com*
Alina Ananian (SBN 322905)
*alina.ananian@alston.com*
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  213-576-1000
Facsimile: 213-576-1100

Attorneys for Defendant
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SARA GRANDA, an individual; JOSE GRANDA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  2:21-CV-01256-MCE-KJN<br><br>*Hon. Morrison C. England, Jr.*<br><br>**JOINT STIPULATION AND ORDER TO EXTEND INITIAL PRETRIAL SCHEDULING ORDER DEADLINES**<br><br>**[Fed. R. Civ. P. 6 and Local Rule 144]**<br><br>Complaint Filed:  July 16, 2021<br>Trial Date:  N/A |

## **STIPULATION**

Because the parties would like the pleadings settled before they conduct discovery, and because they are waiting for the Court to decide CalPERS' Motion for Judgment on the Pleadings filed September 23, 2021 (the "Motion"),

IT IS HEREBY STIPULATED, by Plaintiffs Sara Granda and Jose Granda (collectively, "Plaintiffs"), and Defendant California Public Employees' Retirement System ("CalPERS") ("Plaintiffs" and "CalPERS" hereinafter the "Parties"), through their undersigned counsel of record, and pursuant to Federal Rules of Civil Procedure 6 and U.S. District Court of California Eastern District Local Rule 144, as follows:

WHEREAS, Plaintiffs filed the Complaint in the above captioned matter on July 16, 2021 and served the Summons and Complaint on CalPERS on or about July 27, 2021;

WHEREAS, the Court entered its Initial Pretrial Scheduling Order on July 19, 2021;

WHEREAS, on August 11, 2021, the Parties stipulated to extend the time for CalPERS to respond to Plaintiffs' complaint by four days from August 16 to August 20, 2021;

WHEREAS, pursuant to the Initial Pretrial Scheduling Order, non-expert discovery cut-off, disclosure of expert witnesses, and dispositive motion deadlines are as follows:

| **Event** | **Deadline** | **Rule** |
|---|---|---|
| Non-Expert Discovery Cut-Off | August 16, 2022 | "All discovery shall be completed no later than three hundred sixty—five (365) days from the date upon which the last answer may be filed with the Court pursuant |

| | | to the Federal Rules of Civil Procedure." |
|---|---|---|
| Disclosure of Expert Witnesses | October 16, 2022 | "All counsel are to designated . . . each expert that they propose to tender at trial not later than sixty (60) days after the close of discovery." |
| Supplement List of Expert Witnesses | November 15, 2022 | "Within thirty (30) days after the designation of expert witnesses, any party may designate a supplement list of expert witnesses[.]" |
| Dispositive Motion Cut-Off | February 13, 2023 | "The parties shall file dispositive motions no later tan one hundred eighty (180) days after the close of non-expert discovery." |

WHEREAS, CalPERS filed a Motion for Judgment on the Pleadings on September 23, 2021 (the "Motion") on the grounds that employment discrimination claims cannot be brought pursuant to Title II of the Americans with Disabilities Act, and therefore Plaintiffs have failed to state a claim upon which relief can be granted;

WHEREAS, the Court vacated the October 21, 2021 hearing on CalPERS' Motion on its own Motion and notified the Parties that if it determined oral argument would be needed it will be scheduled at a later date;

WHEREAS, as of the filing of this Stipulation, the Court has not entered an Order on CalPERS' Motion;

WHEREAS, the Parties have not conducted any fact investigation or discovery pending the decision of the Court on CalPERS' Motion;

WHEREAS, the Parties have met and conferred and agree that, pursuant to Court approval, the standing deadlines in the Initial Pretrial Scheduling Order, and all other trial related deadlines, should be continued by a minimum of six months.

NOW THEREFORE, the parties jointly request the Court to set the new deadlines:

1. The deadline for non-expert discovery cut-off shall be February 13, 2023;
2. The deadline to disclose expert witnesses shall be April 14, 2023;
3. The deadline to file a supplement list of expert witnesses shall be May 15, 2023; and
4. The deadline to file dispositive motions shall be August 14, 2023.

DATED: June 17, 2022   **ALSTON & BIRD LLP**

By: */s/ Jason Levin*
Jason Levin
Alina Ananian
Attorneys for Defendant California Public Employees' Retirement System

DATED: June 17, 2022   **ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

By: */s/ Elise R. Sanguinetti (as authorized on 7/16/22)*
Elise R. Sanguinetti
Eugene Feldman
Attorneys for Plaintiffs Sara Granda and Jose Granda

## **ORDER**

The parties hereto having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The deadline for non-expert discovery cut-off shall be February 13, 2023;
2. The deadline to disclose expert witnesses shall be April 14, 2023;
3. The deadline to file a supplement list of expert witnesses shall be May 15, 2023; and
4. The deadline to file dispositive motions shall be August 14, 2023.

IT IS SO ORDERED.

Dated:  July 17, 2022

*[Signature]*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

5
JOINT STIPULATION AND ORDER TO EXTEND INITIAL PRETRIAL SCHEDULING ORDER DEADLINES