Jason Levin (SBN 161807)
jason.levin@alston.com
Lisa Garcia (SBN 301362)
lisa.garcia@alston.com
Alina Ananian (SBN 322905)
alina.ananian@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  213-576-1000
Facsimile: 213-576-1100

Attorneys for Defendant
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SARA GRANDA, an individual; JOSE GRANDA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  2:21-CV-01256-MCE-KJN<br><br>*Hon. Morrison C. England, Jr.*<br><br>**SECOND STIPULATION AND ORDER TO EXTEND INITIAL PRETRIAL SCHEDULING ORDER DEADLINES**<br><br>**[Fed. R. Civ. P. 6 and Local Rule 144]**<br><br>Complaint Filed:   July 16, 2021<br>Trial Date:              N/A |

**SECOND STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by Plaintiffs Sara Granda and Jose Granda (collectively, "Plaintiffs"), and Defendant California Public Employees' Retirement System ("CalPERS") ("Plaintiffs" and "CalPERS" hereinafter the "Parties"), through their undersigned counsel of record, and pursuant to Federal Rules of Civil Procedure 6 and U.S. District Court of California Eastern District Local Rule 144, as follows:

WHEREAS, Plaintiffs filed the Complaint in the above captioned matter on July 16, 2021, in response to which CalPERS filed an answer followed by a Motion for Judgment on the Pleadings on September 23, 2021;

WHEREAS, the Court entered its Initial Pretrial Scheduling Order on July 19, 2021;

WHEREAS, on June 17, 2022, the Parties stipulated to extend the deadlines in the Initial Pretrial Scheduling Order (the "First Stipulation") to dates after a ruling on CalPERS' Motion for Judgment on the Pleadings;

WHEREAS, the Court entered the Parties First Stipulation on July 18, 2022 [Dkt. 22] with the following deadlines: (1) Non-Expert Discovery Cut-Off: February 13, 2023; (2) Disclosure of Expert Witnesses: April 14, 2023; (3) Supplement List of Expert Witnesses: May 15, 2023; and (4) Dispositive Motion Cut-Off: August 14, 2023;

WHEREAS, the Court denied CalPERS' Motion for Judgment on the Pleadings on August 9, 2022 [Dkt. 23];

WHEREAS, the Parties then engaged in (and are still engaged in) settlement discussions;

WHEREAS, with the February 13, 2023 fact-discovery deadline looming, both sides served discovery on the other;

WHEREAS, the Parties agree they need additional time to respond to the discovery served upon them, not only because of its extent, but also because Plaintiffs' counsel is currently engaged in trial until the beginning of February and after the trial concludes Plaintiffs' counsel must travel for a speaking engagement and conference through and including the current date for the close of discovery, and because Plaintiff Sara Granda is a

ventilator-dependent quadriplegic who has required frequent hospitalization, impacting her ability appear for deposition.

WHEREAS, the Parties have met and conferred and agree that, pursuant to Court approval, the non-expert discovery cut-off and expert witness deadlines in the First Stipulation should be continued as follows:

| Event | Current Deadline | Proposed New Deadline | Rule |
| --- | --- | --- | --- |
| Non-Expert Discovery Cut-Off | Feb. 13, 2023 | Apr. 14, 2023 | "All discovery shall be completed no later than three hundred sixty—five (365) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure." |
| Disclosure of Expert Witnesses | Apr. 14, 2023 | May 15, 2023 | "All counsel are to designate . . . each expert that they propose to tender at trial…." |
| Supplement List of Expert Witnesses | May 15, 2023 | June 14, 2023 | "Within thirty (30) days after the designation of expert witnesses, any party may designate a supplement list of expert witnesses[.]" |

NOW THEREFORE, the Parties jointly request the Court to set the new deadlines:

1. The deadline for non-expert discovery cut-off shall be April 14, 2023;
2. The deadline to disclose expert witnesses shall be May 15, 2023; and
3. The deadline to file a supplement list of expert witnesses shall be June 14, 2023.

3

4. The deadline to file dispositive motions shall remain unchanged, August 14, 2023.

DATED:  January 18, 2023       **ALSTON & BIRD LLP**

By:  */s/ Jason Levin*
     Jason Levin
     Alina Ananian
     Attorneys for Defendant California Public
     Employees' Retirement System

DATED:  January 18, 2023       **ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

By:  */s/ Elise R. Sanguinetti (as authorized on 01/18/2023)*
     Elise R. Sanguinetti
     Eugene Feldman
     Attorneys for Plaintiffs Sara Granda and Jose Granda

**ORDER**

The parties hereto having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The deadline for non-expert discovery cut-off shall be April 14, 2023;
2. The deadline to disclose expert witnesses shall be May 15, 2023; and
3. The deadline to file a supplement list of expert witnesses shall be June 14, 2023.
4. The deadline to file dispositive motions shall remain August 14, 2023.

**IT IS SO ORDERED.**

DATED: January 20, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE