Jason Levin (SBN 161807)
*jason.levin@alston.com*
Lisa Garcia (SBN 301362)
*lisa.garcia@alston.com*
Alina Ananian (SBN 322905)
*alina.ananian@alston.com*
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  213-576-1000
Facsimile: 213-576-1100

Attorneys for Defendant
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SARA GRANDA, an individual; JOSE GRANDA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  2:21-CV-01256-MCE-KJN<br><br>*Hon. Morrison C. England, Jr.*<br><br>**THIRD STIPULATION AND ORDER REGARDING EXTENSION OF PRETRIAL SCHEDULING ORDER DEADLINES**<br><br>**[Fed. R. Civ. P. 6 and Local Rule 144]**<br><br>Complaint Filed:  July 16, 2021<br>Trial Date:            N/A |

## THIRD STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by Plaintiffs Sara Granda and Jose Granda (collectively, "Plaintiffs"), and Defendant California Public Employees' Retirement System ("CalPERS") ("Plaintiffs" and "CalPERS" hereinafter the "Parties"), through their undersigned counsel of record, and pursuant to Federal Rules of Civil Procedure 6 and U.S. District Court of California Eastern District Local Rule 144, as follows:

WHEREAS, Plaintiffs filed the Complaint in the above captioned matter on July 16, 2021, in response to which CalPERS filed an answer followed by a Motion for Judgment on the Pleadings on September 23, 2021;

WHEREAS, the Court entered its Initial Pretrial Scheduling Order on July 19, 2021;

WHEREAS, on June 17, 2022, the Parties stipulated to extend the deadlines in the Initial Pretrial Scheduling Order (the "First Stipulation") to dates after a ruling on CalPERS' Motion for Judgment on the Pleadings;

WHEREAS, the Court entered the Parties First Stipulation on July 18, 2022 [Dkt. 22] with the following deadlines: (1) Non-Expert Discovery Cut-Off: February 13, 2023; (2) Disclosure of Expert Witnesses: April 14, 2023; (3) Supplement List of Expert Witnesses: May 15, 2023; and (4) Dispositive Motion Cut-Off: August 14, 2023;

WHEREAS, on January 18, 2023, due to Plaintiff's frequent hospitalizations and her counsel's trial schedule, the Parties stipulated to extend the deadlines in the Initial Pretrial Scheduling Order (the "Second Stipulation") as follows: (1) Non-Expert Discovery Cut-Off: April 14, 2023; (2) Disclosure of Expert Witnesses: May 15, 2023; (3) Supplement List of Expert Witnesses: June 14, 2023; and (4) Dispositive Motion Cut-Off: August 14, 2023; and on January 23, 2023, the Court entered the Order on the Second Stipulation [Dkt. 26];

WHEREAS, the parties have been actively engaged in discovery;

WHEREAS, Plaintiff Sara Granda is a ventilator-dependent quadriplegic who has required frequent hospitalization, which has led to limited deposition availability and delayed responses to discovery since the Court last extended pretrial deadlines;

WHEREAS, due to medical issues, Plaintiff Sara Granda has had difficulty fully responding to written discovery and producing all documents within the statutory time limits;

WHEREAS, Plaintiff Sara Granda has agreed to appear for deposition on March 30, 2023, but expects because of her medical condition that she will not be able to complete her deposition in one sitting, and will want to schedule additional deposition dates that do not interfere with her need for medical treatment;

NOW THEREFORE, the Parties agree that the Court should continue by approximately 60 days the non-expert discovery cut-off, expert witness, and dispositive motion deadlines pursuant to the following schedule:

| Event | Current Deadline | Proposed New Deadline | Rule |
|---|---|---|---|
| Non-Expert Discovery Cut-Off | Apr. 14, 2023 | June 16, 2023 | "All discovery shall be completed no later than three hundred sixty—five (365) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure." |
| Disclosure of Expert Witnesses | May 15, 2023 | July 17, 2023 | "All counsel are to designate . . . each expert that they propose to tender at trial…." |
| Supplement List of Expert Witnesses | June 14, 2023 | Aug. 16, 2023 | "Within thirty (30) days after the designation of expert witnesses, any party may designate a supplement list of expert witnesses[.]" |
| Dispositive Motion Cut-Off | Aug. 14, 2023 | Oct. 16, 2023 | "The parties shall file dispositive motions no later than one hundred |

| | | | eighty (180) days after the close of non-expert discovery." |
|---|---|---|---|

DATED:  March 10, 2023        **ALSTON & BIRD LLP**

By: /s/ Jason Levin
    Jason Levin
    Lisa Garcia
    Alina Ananian
    Attorneys for Defendant California Public Employees' Retirement System

DATED:  March 10, 2023        **ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

By: /s/ Elise R. Sanguinetti (as authorized on 3/10/2023)
    Elise R. Sanguinetti
    Eugene Feldman
    Attorneys for Plaintiffs Sara Granda and Jose Granda

# ORDER

The parties hereto having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The deadline for non-expert discovery cut-off shall be June 16, 2023;
2. The deadline to disclose expert witnesses shall be July 17, 2023;
3. The deadline to file a supplement list of expert witnesses shall be August 16, 2023; and
4. The deadline to file dispositive motions shall be October 16, 2023.

**IT IS SO ORDERED.**

Dated: March 15, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE