1 | Jason Levin (SBN 161807)
2 | *jason.levin@alston.com*
   | Lisa Garcia (SBN 301362)
3 | *lisa.garcia@alston.com*
   | Alina Ananian (SBN 322905)
4 | *alina.ananian@alston.com*
5 | **ALSTON & BIRD LLP**
   | 333 South Hope Street, 16th Floor
6 | Los Angeles, CA  90071-1410
   | Telephone:  213-576-1000
7 | Facsimile: 213-576-1100
8 |
   | Attorneys for Defendant
9 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

10

**UNITED STATES DISTRICT COURT**

11

**EASTERN DISTRICT OF CALIFORNIA**

12

**SACRAMENTO DIVISION**

13

| | |
|---|---|
| 14  SARA GRANDA, an individual; JOSE GRANDA, an individual, | Case No.:  2:21-CV-01256-MCE-KJN |
| 15 | *Hon. Morrison C. England, Jr.* |
| Plaintiffs, | |
| 16 | **FOURTH STIPULATION AND ORDER REGARDING EXTENSION OF PRETRIAL SCHEDULING ORDER DEADLINES** |
| v. | |
| 17 | |
| 18  CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and DOES 1-10, Inclusive, | **[Fed. R. Civ. P. 6 and Local Rule 144]** |
| 19 | Complaint Filed:   July 16, 2021 |
| Defendants. | Trial Date:        N/A |
| 20 | |

21

22

23

24

25

26

27

28

1    **FOURTH STIPULATION AND ORDER**

2         IT IS HEREBY STIPULATED, by Plaintiffs Sara Granda and Jose Granda

3    (collectively, "Plaintiffs"), and Defendant California Public Employees' Retirement System

4    ("CalPERS") ("Plaintiffs" and "CalPERS" hereinafter the "Parties"), through their

5    undersigned counsel of record, and pursuant to Federal Rules of Civil Procedure 6 and U.S.

6    District Court of California Eastern District Local Rule 144, as follows:

7         WHEREAS, Plaintiffs filed the Complaint in the above captioned matter on July 16,

8    2021, in response to which CalPERS filed an answer followed by a Motion for Judgment on

9    the Pleadings on September 23, 2021;

10        WHEREAS, the Court entered its Initial Pretrial Scheduling Order on July 19, 2021;

11        WHEREAS, on June 17, 2022, the Parties stipulated to extend the deadlines in the

12   Initial Pretrial Scheduling Order (the "First Stipulation") to dates after a ruling on CalPERS'

13   Motion for Judgment on the Pleadings;

14        WHEREAS, the Court entered the Parties First Stipulation on July 18, 2022 [Dkt. 22]

15   with the following deadlines: (1) Non-Expert Discovery Cut-Off: February 13, 2023;

16   (2) Disclosure of Expert Witnesses: April 14, 2023; (3) Supplement List of Expert Witnesses:

17   May 15, 2023; and (4) Dispositive Motion Cut-Off: August 14, 2023;

18        WHEREAS, on January 18, 2023, due to Plaintiff's frequent hospitalizations and her

19   counsel's trial schedule, the Parties stipulated to extend the deadlines in the Initial Pretrial

20   Scheduling Order (the "Second Stipulation") as follows: (1) Non-Expert Discovery Cut-Off:

21   April 14, 2023; (2) Disclosure of Expert Witnesses: May 15, 2023; (3) Supplement List of

22   Expert Witnesses: June 14, 2023; and (4) Dispositive Motion Cut-Off: August 14, 2023; and

23   on January 23, 2023, the Court entered the Order on the Second Stipulation [Dkt. 26];

24        WHEREAS, on March 10, 2023, due to Plaintiff's frequent hospitalizations, her

25   medical condition, and her counsel's trial schedule, the Parties stipulated to extend the

26   deadlines in the Initial Pretrial Scheduling Order (the "Second Stipulation") as follows:

27   (1) Non-Expert Discovery Cut-Off: June 16, 2023; (2) Disclosure of Expert Witnesses:

28   July 17, 2023; (3) Supplement List of Expert Witnesses: August 16, 2023; and (4) Dispositive

LEGAL02/42915915v1

1 Motion Cut-Off: October 16, 2023; and on March 15, 2023, the Court entered the Order on

2 the Second Stipulation [Dkt. 33];

3      WHEREAS, the parties have been actively engaged in discovery;

4      WHEREAS, Plaintiff Sara Granda is a ventilator-dependent quadriplegic who has

5 required frequent hospitalization, which has led to limited deposition availability and delayed

6 responses to discovery since the Court last extended pretrial deadlines;

7      WHEREAS, due to medical issues, Plaintiff Sara Granda has had difficulty fully

8 responding to written discovery and producing all documents within the statutory time limits;

9      WHEREAS, counsel for Defendant is currently in trial and counsel for Plaintiffs has

10 trial scheduled for May 15, 2023;

11     NOW THEREFORE, the Parties agree that the Court should continue by approximately

12 6 months the non-expert discovery cut-off, expert witness, and dispositive motion deadlines

13 pursuant to the following schedule:

14

| Event | Current Deadline | Proposed New Deadline | Rule |
|---|---|---|---|
| Non-Expert Discovery Cut-Off | June 16, 2023 | Dec. 15, 2023 | "All discovery shall be completed no later than three hundred sixty—five (365) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure." |
| Disclosure of Expert Witnesses | July 17, 2023 | Jan. 15, 2024 | "All counsel are to designate . . . each expert that they propose to tender at trial…." |
| Supplement List of Expert Witnesses | Aug. 16, 2023 | Feb. 16, 2024 | "Within thirty (30) days after the designation of expert witnesses, any |

3

LEGAL02/42915915v1

| | | | |
|---|---|---|---|
| | | | party may designate a supplement list of expert witnesses[.]" |
| Dispositive Motion Cut-Off | Oct. 16, 2023 | Apr. 15, 2024 | "The parties shall file dispositive motions no later than one hundred eighty (180) days after the close of non-expert discovery." |

DATED:  May 8, 2023        **ALSTON & BIRD LLP**


By:  /s/ Jason Levin_____
      Jason Levin
      Lisa Garcia
      Alina Ananian
      Attorneys for Defendant California Public
      Employees' Retirement System


**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

DATED:  May 8, 2023


By: /s/ Elise R. Sanguinetti (as authorized on 5/8/2023)
      Elise R. Sanguinetti
      Eugene Feldman
      Attorneys for Plaintiffs Sara Granda and Jose Granda

LEGAL02/42915915v1

## ORDER

The parties hereto having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The deadline for non-expert discovery cut-off shall be December 15, 2023;

2.  The deadline to disclose expert witnesses shall be January 15, 2024; and

3.  The deadline to file a supplement list of expert witnesses shall be February 16, 2024.

4.  The deadline to file dispositive motions shall be April 15, 2024.

**IT IS SO ORDERED.**

**Dated:  May 9, 2023**

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

FOURTH STIPULATION AND ORDER REGARDING
EXTENSION OF PRETRIAL SCHEDULING ORDER DEADLINES

LEGAL02/42915915v1