UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA GRANDA, et al., | No. 2:21-cv-01256-MCE-CSK |
| Plaintiffs, | |
| v. | **ORDER** |
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, | |
| Defendant. | |

On May 15, 2024, this Court issued a Temporary Restraining Order ("TRO") directing Defendant to, in pertinent part, provide Plaintiff Sara Granda with 24-hour skilled nursing care. On May 19, 2024, Plaintiffs advised the Court that care had still not been provided. ECF No. 53. Ms. Granda then requested that "this Court . . . compel Defendant to comply with the [TRO], including by requiring Defendant to reimburse Plaintiff for skilled nursing care provided by qualified LVNs and RNs for care coordination, at the rates required by immediately available skilled nursing providers and care coordinators." Id. at 3.

Defendant responded shortly thereafter to advise that Plaintiffs had emailed to seek a stipulation in regards to the foregoing request, but given that this transpired during relatively short period on a Sunday afternoon, counsel did not see the email

1  before Ms. Granda filed her instant Response with the Court.  Regardless, according to
2  Defendant, "CalPERS **agrees** to [reimburse Ms. Granda as requested] through at least
3  Wednesday, May 22, at which time it expects to have additional information . . . on the
4  availability of providers."  ECF No. 54.
5        The Court also agrees with the parties that Ms. Granda's reimbursement request
6  is reasonable.  Accordingly, it is hereby ordered that until further order of the Court
7  Defendant shall comply with the terms of the Court's TRO, including by reimbursing
8  Plaintiff for skilled nursing care provided by qualified LVNs and RNs for care
9  coordination, at the rates required by immediately available skilled nursing providers and
10 care coordinators.
11       IT IS SO ORDERED.
12 Dated:  May 20, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE