Jason Levin (SBN 161807)
*jason.levin@alston.com*
Lisa Garcia (SBN 301362)
*lisa.garcia@alston.com*
Alina Ananian (SBN 322905)
*alina.ananian@alston.com*
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA  90071
Telephone:  213-576-1000
Facsimile:  213-576-1100

Attorneys for Defendant
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SARA GRANDA, an individual; JOSE GRANDA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  2:21-CV-01256-MCE-CSK<br><br>*Hon. Morrison C. England, Jr.*<br><br>**STIPULATION AND ORDER REGARDING TRO AND CONTINUANCE OF DEADLINES AND HEARING ON PRELIMINARY INJUNCTION**<br><br>Complaint Filed:  July 16, 2021<br>Trial Date:  N/A |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by Plaintiffs Sara Granda ("Ms. Granda") and Jose Granda (collectively, "Plaintiffs"), and Defendant California Public Employees' Retirement System ("CalPERS") ("Plaintiffs" and "CalPERS" hereinafter the "Parties"), pursuant to U.S. District Court of California Eastern District Local Rule 143, as follows:

WHEREAS, on May 14, 2024, Ms. Granda moved for the entry of a Temporary Restraining Order ("TRO") that would require CalPERS to provide the nursing case she requires (Dkt. 49);

WHEREAS, the Court entered the requested TRO, set a briefing schedule, and set for hearing for June 4, 2024 a hearing on why preliminary injunction ("PI") should not issue continuing the TRO (Dkt. 51);

WHEREAS, on May 20, 2024, in connection with the declarations Ms. Granda submitted in support of the TRO, CalPERS served notice of taking Ms. Granda's deposition on May 27, 2024;

WHEREAS, CalPERS filed a report on its plan for compliance with the TRO (Dkt. 52), later supplemented to identify Case Managers and/or Care Coordinators, and nursing care companies, that have agreed to provide services to Ms. Granda (Dkt. 57);

WHEREAS, Ms. Granda asserts that she needs additional time to confer with her physicians, evaluate the service providers identified by CalPERS, and stabilize her nursing care before she is in a condition to appear for deposition and further support her PI motion;

WHEREAS, the parties believe that the delivery of nursing care to Ms. Granda may be aided by discussions at the parties' upcoming Status Conference on May 28, 2024 (Dkt. 66); and

WHEREAS, the parties have agreed to meet and confer following the Status Conference on the details of delivering nursing care to Ms. Granda,

**NOW THEREFORE**, the Parties agree that the Court should continue the show cause hearing on the entry of a PI by 60 days, or more if convenient for the Court's calendar. Unless good cause is shown, Ms. Granda will appear for deposition at least two weeks before the selected hearing date. CalPERS' brief in opposition to the PI motion shall be filed at least one calendar week before the new PI hearing. Plaintiff shall file her reply brief at least two court days before the new PI hearing.

DATED: May 24, 2024            **ALSTON & BIRD LLP**

By: /s/ Jason Levin
    Jason Levin
    Lisa Garcia
    Alina Ananian
    Attorneys for Defendant California Public
    Employees' Retirement System

DATED: May 24, 2024            **HOOPER LUNDY & BOOKMAN, P.C.**

By: /s/ Paul Garcia
    Paul Garcia
    Attorneys for Plaintiffs Sara Granda and Jose Granda

# ORDER

The parties hereto having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The show cause hearing and the hearing on Plaintiffs' Motion for Retraining Order (ECF No. 62) presently for June 4, 2024 are VACATED AND CONTINUED to July 31, 2024, at 11:00 a.m. (PDT) via Zoom.

2. Ms. Granda shall appear for deposition on a mutually convenient date at least two weeks before the hearing date specified above. The Court will accept submission of Ms. Granda's deposition testimony for evidentiary purposes in lieu of requiring live testimony from her at the hearing on the preliminary injunction.

3. CalPERS' brief in opposition to the entry of PI shall be filed at least one calendar week, and Plaintiff's reply brief at least two court days, before the hearing date specified above.

IT IS SO ORDERED.

Dated: May 28, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE