1  ELISE R. SANGUINETTI (SBN 191389)
2  MATTHEW J. KITA (SBN 321562)
   **ARIAS SANGUINETTI WANG & TORRIJOS**
3  2200 Powell Street, Suite 740
   Emeryville, CA 94608
4  Telephone: (510) 629-4877
   Email:      elise@aswtlawyers.com
5              matthew@aswtlawyers.com

6  *Attorneys for Plaintiffs Sara Granda and Jose Granda*

7  PAUL L. GARCIA (SBN 302694)
8  **HOOPER LUNDY & BOOKMAN P.C.**
   101 W. Broadway, Suite 1200
9  San Diego, CA 92101
   Telephone: (619) 744-7300
10 E-Mail:     pgarcia@hooperlundy.com

   *Attorneys for Plaintiff Sara Granda*

11
   ALICIA W. MACKLIN (SBN 266325)          ERIN SCLAR (SBN 334471)
12 ANELIESE I. CASTRO (SBN 352612)         **HOOPER LUNDY & BOOKMAN P.C.**
   **HOOPER LUNDY & BOOKMAN P.C.**         44 Montgomery Street, Suite 3500
13 1875 Century Park East, Suite 1600      San Francisco, California 94104
   Los Angeles, CA 90067                   Telephone:  (415) 875-8500
14 Telephone: (310) 551-8111               E-Mail:     esclar@hooperlundy.com
   E-Mail:     amacklin@hooperlundy.com    *Attorneys for Plaintiff Sara Granda*
15             acastro@hooperlundy.com

16 *Attorneys for Plaintiff Sara Granda*

17                 **UNITED STATES DISTRICT COURT**

18       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

19

20 SARA GRANDA, an individual, and          Case No. 2:21-cv-01256-MCE-CSK
   JOSE GRANDA, an individual,
21                                          Hon. Morrison C. England, Jr.
                    Plaintiffs,
22                                          **STIPULATION AND ORDER**
           vs.
23
   CALIFORNIA PUBLIC                        Trial Date:        None Set
24 EMPLOYEES' RETIREMENT
   SYSTEM; and DOES 1-10, inclusive,
25
                    Defendants.
26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
44 MONTGOMERY STREET, SUITE 3500
SAN FRANCISCO, CALIFORNIA 94104
TEL. (415) 875-8500 • FAX (415) 986-2157

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by Plaintiffs Sara Granda ("Ms. Granda") and Jose Granda (collectively, "Plaintiffs"), and Defendant California Public Employees' Retirement System ("CalPERS") ("Plaintiffs" and "CalPERS" hereinafter the "Parties"), pursuant to U.S. District Court of California Eastern District Local Rule 143, as follows:

WHEREAS, on May 14, 2024, Ms. Granda moved for the entry of a Temporary Restraining Order ("TRO") that would require CalPERS to provide the nursing case she requires (Dkt. 49);

WHEREAS, the Court entered the requested TRO, set a briefing schedule, and set for hearing for June 4, 2024 a hearing on why preliminary injunction ("PI") should not issue continuing the TRO (Dkt. 51);

WHEREAS, on May 28, 2024, Judge Morrison C. England Jr. signed an Order continuing the hearing why PI should not issue to July 31, 2024 (Dkt. 71);

WHEREAS, the parties discussed delivery of nursing care to Ms. Granda at a Status Conference on May 28, 2024 before Magistrate Judge Chi Soo Kim(Dkt. 66);

WHEREAS, the parties have agreed to meet and confer following the Status Conference on the details of delivering nursing care to Ms. Granda; and

**NOW THEREFORE,** Plaintiff will file a report to this Court regarding the status of Ms. Granda's care every Thursday, starting on June 6, 2024, until the hearing why PI should not issue.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HOOPER, LUNDY & BOOKMAN, P.C.
44 MONTGOMERY STREET, SUITE 3500
SAN FRANCISCO, CALIFORNIA 94104
TEL. (415) 875-8500 • FAX (415) 986-2157

7541719.2

1    Dated: May 30, 2024          ARIAS SANGUINETTI WANG & TORRIJOS

2

3

4                                By: /s/ Matthew J. Kita (as authorized on 5/30/24)
                                        MATTHEW J. KITA
5                                Attorneys for Plaintiffs Sara Granda and Jose
                                 Granda
6

7

8    Dated: May 30, 2024          HOOPER, LUNDY & BOOKMAN, P.C.

9

10

11                               By: /s/ Paul L. Garcia
                                        PAUL L. GARCIA
12                               Attorneys for Plaintiff Sara Granda

13

14   Dated: May 30, 2024          ALSTON & BIRD LLP

15

16

17                               By: /s/ Jason Levin (as authorized on 5/30/24)
                                        JASON LEVIN
18                               Attorneys for Defendant California Public
                                 Employees' Retirement System
19

20        **IT IS SO ORDERED.**

21   Dated:  June 6, 2024

22

23                               _____
                                 MORRISON C. ENGLAND, JR.
24                               SENIOR UNITED STATES DISTRICT JUDGE

25

26

27

28

7541719.2

HOOPER, LUNDY & BOOKMAN, P.C.
44 MONTGOMERY STREET, SUITE 3500
SAN FRANCISCO, CALIFORNIA 94104
TEL. (415) 875-8500 • FAX (415) 986-2157