1  ELISE R. SANGUINETTI (SBN 191389)
   MATTHEW J. KITA (SBN 321562)
2  **ARIAS SANGUINETTI WANG & TORRIJOS**
3  2200 Powell Street, Suite 740
   Emeryville, CA 94608
4  Telephone: (510) 629-4877
   Email: elise@aswtlawyers.com
5         matthew@aswtlawyers.com

6  *Attorneys for Plaintiffs Sara Granda and Jose Granda*

7  PAUL L. GARCIA (SBN 302694)
8  **HOOPER LUNDY & BOOKMAN P.C.**
   101 W. Broadway, Suite 1200
9  San Diego, CA 92101
   Telephone: (619) 744-7300
10 E-Mail: pgarcia@hooperlundy.com

   *Attorneys for Plaintiff Sara Granda*
11
12 ALICIA W. MACKLIN (SBN 266325)          ERIN SCLAR (SBN 334471)
   ANELIESE I. CASTRO (SBN 352612)         **HOOPER LUNDY &**
   **HOOPER LUNDY & BOOKMAN**              **BOOKMAN P.C.**
13 **P.C.**                                44 Montgomery Street, Suite 3500
   1875 Century Park East, Suite 1600      San Francisco, California 94104
14 Los Angeles, CA 90067                   Telephone:  (415) 875-8500
   Telephone: (310) 551-8111               E-Mail: esclar@hooperlundy.com
15 E-Mail: amacklin@hooperlundy.com        *Attorneys for Plaintiff Sara Granda*
           acastro@hooperlundy.com
16 *Attorneys for Plaintiff Sara Granda*

17
18                    **UNITED STATES DISTRICT COURT**

19         **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

20

21 SARA GRANDA, an individual; JOSE         Case No.:  2:21-cv-01256-MCE-CSK
   GRANDA, an individual,
22                                          *Hon. Morrison C. England, Jr.*
              Plaintiffs,
23                                          **SECOND STIPULATION AND**
         v.                                 **ORDER REGARDING TRO AND**
24                                          **CONTINUANCE OF DEADLINES**
   CALIFORNIA PUBLIC EMPLOYEES'             **AND HEARING ON PRELIMINARY**
25 RETIREMENT SYSTEM; and DOES 1-10,        **INJUNCTION**
   Inclusive,
26
              Defendants.
27                                          Complaint Filed:  July 16, 2021
                                            Trial Date:       N/A
28

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by Plaintiffs Sara Granda ("Ms. Granda") and Jose Granda (collectively, "Plaintiffs"), and Defendant California Public Employees' Retirement System ("CalPERS") ("Plaintiffs" and "CalPERS" hereinafter the "Parties"), pursuant to U.S. District Court of California Eastern District Local Rule 143, as follows:

WHEREAS, on May 14, 2024, Ms. Granda moved for the entry of a Temporary Restraining Order ("TRO") that would require CalPERS to provide the nursing care she requires (Dkt. 49);

WHEREAS, the Court entered the requested TRO, set a briefing schedule, and set for hearing for June 4, 2024 a hearing on why preliminary injunction should not issue continuing the TRO (Dkt. 51);

WHEREAS, on May 24, 2024, the Parties entered a stipulation and proposed order regarding the TRO and continuance of deadlines and hearing on preliminary injunction (Dkt. 68);

WHEREAS, on May 29, 2024, the Court ordered to continue the show cause hearing and the hearing on Plaintiffs' Motion for Restraining order to July 31, 2024 (Dkt. 71);

WHEREAS, on July 5, 2024, Ms. Granda and BrightStar Care entered into an agreement wherein BrightStar Care would serve as the licensed home health agency providing Ms. Granda with skilled nursing, care coordination, and case management services, and CalPERS signed an acknowledgement of the terms of the agreement;

WHEREAS, Ms. Granda needs additional time to allow BrightStar Care to provide services and to stabilize her nursing care before she is in a physical and mental condition to appear for deposition and further support her motion;

WHEREAS, the parties have agreed to continue to meet and confer on the details of delivering nursing care to Ms. Granda and compliance with the TRO; and

///

WHEREAS, the parties intend to discuss whether the details of delivering nursing care to Ms. Granda, once finalized, might form the basis of a permanent agreement.

**NOW THEREFORE**, the Parties agree that:

1) The Court should continue by approximately six weeks, but no later than September 19, 2024, the show cause hearing on the entry of a preliminary injunction, currently set for July 31, 2024. CalPERS' brief in opposition to the preliminary injunction motion shall be filed at least one calendar week before the new preliminary injunction hearing. Plaintiff shall file her reply brief at least two court days before the new preliminary injunction hearing.

2) Unless good cause is shown, Ms. Granda will appear for deposition at least two weeks before the new date selected for the show cause hearing.

3) The parties will file each Monday a joint status report on the delivery of nursing care to Ms. Granda, their ongoing discussion on that issue, and CalPERS' compliance with the TRO. The joint filing will be in lieu of the parties' current reporting obligations. Dkt. 51, 76.

Dated: July 10, 2024                ARIAS SANGUINETTI WANG & TORRIJOS

                                    By: /s/ Matthew J. Kita (as authorized on 7/10/24)
                                          MATTHEW J. KITA
                                    Attorneys for Plaintiffs Sara Granda and Jose Granda

Dated: July 10, 2024                HOOPER, LUNDY & BOOKMAN, P.C.

                                    By: /s/ Paul L. Garcia
                                          PAUL L. GARCIA
                                    Attorneys for Plaintiff Sara Granda

| | |
|---|---|
| Dated: July 10, 2024 | ALSTON & BIRD LLP |
| | |
| | By: <u>/s/ Jason Levin (as authorized on 5/30/24)</u> |
| | JASON LEVIN |
| | Attorneys for Defendant California Public Employees' Retirement System |

**ORDER**

The parties hereto having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The show cause hearing presently for July 31, 2024, is VACATED and CONTINUED to September 18, 2024, at 10:00 am by Zoom videoconference. The previously granted request to appear remotely are CONFIRMED.

2. The parties are ordered to file a further Joint Status Report not later than September 4, 2024.

3. Ms. Granda shall appear for deposition on a mutually convenient date at least two weeks before the hearing date specified above.

4. CalPERS' brief in opposition to the entry of PI shall be filed at least one calendar week, and Plaintiff's reply brief at least two court days, before the hearing date specified above.

IT IS SO ORDERED.

Dated: July 17, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE