Jason Levin (SBN 161807)
*jason.levin@alston.com*
Lisa Garcia (SBN 301362)
*lisa.garcia@alston.com*
Alina Ananian (SBN 322905)
*alina.ananian@alston.com*
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA  90071
Telephone:  213-576-1000
Facsimile:  213-576-1100

Attorneys for Defendant
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SARA GRANDA, an individual; JOSE GRANDA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  2:21-CV-01256-MCE-CSK<br><br>*Hon. Morrison C. England, Jr.*<br><br>**STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE**<br><br>Complaint Filed:  July 16, 2021<br>Trial Date:  N/A |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by Plaintiffs Sara Granda ("Ms. Granda") and Jose Granda (collectively, "Plaintiffs"), and Defendant California Public Employees' Retirement System ("CalPERS") ("Plaintiffs" and "CalPERS" hereinafter the "Parties"), pursuant to Federal Rules of Civil Procedure Rule 16, as follows:

WHEREAS, the Parties agree that a good faith effort to resolve this matter is in their best interests;

WHEREAS, the Parties agree to a settlement conference to be conducted by a randomly chosen Magistrate Judge other than Magistrate Judge Chi Soo Kim, who is assigned to this matter; and

WHEREAS, the Parties agree to participate in the Settlement Conference remotely via Zoom.

**NOW THEREFORE**, the Parties agree to participate in a settlement conference at the Magistrate Judge's earliest availability. The Parties request that the settlement conference be assigned to a different Magistrate Judge than Magistrate Judge Chi Soo Kim, who is the Magistrate Judge assigned to this matter. The Parties agree to appear at the Settlement Conference remotely via Zoom.

| | |
|---|---|
| DATED: August 12, 2024 | **ALSTON & BIRD LLP** |

By: */s/ Jason Levin*
Jason Levin
Lisa Garcia
Alina Ananian
Attorneys for Defendant California Public Employees' Retirement System

| | |
|---|---|
| DATED: August 12, 2024 | **ARIAS SANGUINETTI WANG & TORRIJOS** |

By: */s/ Elise R. Sanguinetti* (as authorized on 08/12/24)
Elise R. Sanguinetti
Matthew J. Kita
Attorneys for Plaintiffs Sara Granda and Jose Granda

| | |
|---|---|
| DATED: August 12, 2024 | **HOOPER LUNDY & BOOKMAN, P.C.** |

By: */s/ Paul Garcia* (as authorized on 08/12/24)
Paul Garcia
Alicia Macklin
Attorneys for Plaintiffs Sara Granda

# ORDER

The Parties hereto having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Parties' request for a settlement conference is GRANTED in its entirety.
2. The Court will randomly assign a Magistrate Judge to preside over the settlement conference. This Magistrate Judge assigned will not be Judge Chi Soo Kim.
3. The Parties will appear for a settlement conference remotely via Zoom.
4. Once the Magistrate Judge is assigned, the Parties will schedule the settlement conference at the earliest date available for both the assigned Magistrate Judge and the Parties.

IT IS SO ORDERED.

Dated: August 21, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE