UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

March 19, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

SARA GRANDA, ET AL.,
                    Plaintiffs,

        v.

CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM,
                    Defendant.

No.   2:21-cv-01256 DAD-CSK

**ORDER RE: DISCOVERY DISPUTE
(ECF No. 154)**

On March 19, 2026, the Court held an informal discovery conference regarding the parties' dispute as to Plaintiff Sara Granda's compliance with the Court's October 15, 2025 order regarding Defendant California Public Employees' Retirement System's ("CalPERS") Requests for Production Nos. 9-10. (ECF Nos. 150, 151, 154.) Counsel Elise R. Sanguinetti appeared for Plaintiffs, and counsel Lisa Garcia appeared for Defendant.

On October 15, 2025, the Court held an informal discovery conference with the parties, "granted in part and denied in part Defendant['s] RFP Nos. 9-10, limiting the scope and time period of the requests ordered as follows:

1) Plaintiffs must produce text messages and email communications between Plaintiff Sara Granda and her skilled nursing providers from 2014, 2015, 2017, and 2019 limited to communications related to her hospitalizations in those years. See Compl. 19.

2) Plaintiffs must produce text messages and email communications between Plaintiff Sara Granda and her skilled nursing providers from 2019 to the present, limited to communications related to the hourly rates set by CalPERS for nursing services; hiring and retaining skilled nursing providers for Plaintiff Sara Granda; skilled nursing providers declining to provide care or not showing up to provide care to Plaintiff Sara Granda; and Plaintiff Sara Granda's hospitalizations. See Compl. 19, 23-28.

3) Plaintiffs may redact private or confidential information in those communications that are not related to the issues identified above.

(ECF No. 151.)

Despite the Court's October 15, 2025 order, Plaintiff Sara Granda has not produced any responsive documents. *See* 3/17/2026 Jt Ltr Br. (ECF No. 154). Defendant requests that the Court

Case Number:  2:21-cv-01256 DAD-CSK

order Plaintiff Sara Granda to complete her document production within two weeks and informed that her failure to comply will result in evidence and/or issue sanctions. *Id*. at 1. Plaintiff does not dispute that she has not produced documents as ordered, and indicates that the delay has been a result of both her medical condition and counsel's trial obligations. *See id*. at 2.

The Court GRANTED IN PART and DENIED IN PART Defendant's request as summarized:

1) Plaintiff Sara Granda is ordered to comply with the Court's October 15, 2025 order by Friday, April 10, 2026. The Court granted Plaintiff's request for additional time beyond the two weeks sought due to counsel's trial schedule.

2) The Court denies Defendant's request regarding sanctions because that issue is not fully before the Court at this time and any such ruling would be premature. If Plaintiff Sara Granda continues to fail to comply with the Court's discovery orders, Defendant may elect to file a motion for sanctions pursuant to Rule 37.

**It is so ordered.**

Dated:  March 19, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

csk/gran.1256.21.disco